IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Quito, Juan J | Case Number: 07 B 16286 |
|---|---|---|
| | Quito, Agnellis | Judge: Hollis, Pamela S |
| | Printed: 11/04/08 | Filed: 9/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: October 30, 2008
Confirmed: January 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,701.76 | |
| Secured: | | 4,509.95 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,729.00 |
| Trustee Fee: | | 462.81 |
| Other Funds: | | 0.00 |
| Totals: | 7,701.76 | 7,701.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,729.00 | 2,729.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 7. | Chase Home Finance | Secured | 17,787.46 | 4,509.95 |
| 8. | American Express | Unsecured | 583.20 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,445.02 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 79.11 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 1,315.74 | 0.00 |
| 12. | Wells Fargo Financial | Unsecured | 51.81 | 0.00 |
| 13. | Discover Financial Services | Unsecured | 1,130.52 | 0.00 |
| 14. | Chase Bank | Unsecured | 472.77 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 368.44 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 2,264.91 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 303.75 | 0.00 |
| 18. | Chase Bank USA NA | Unsecured | 18.40 | 0.00 |
| 19. | B-Real LLC | Unsecured | 2,806.53 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 1,741.38 | 0.00 |
| 21. | B-Real LLC | Unsecured | 1,769.45 | 0.00 |
| 22. | Portfolio Recovery Associates | Unsecured | 528.03 | 0.00 |
| 23. | Capital One | Unsecured | 185.26 | 0.00 |
| 24. | B-Real LLC | Unsecured | 541.58 | 0.00 |
| 25. | LHR Inc | Unsecured | 722.79 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 1,047.66 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Quito, Juan J | Case Number: 07 B 16286 |
| | Quito, Agnellis | Judge: Hollis, Pamela S |
| | Printed: 11/04/08 | Filed: 9/6/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 28. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 29. | Central Credit | Unsecured | | No Claim Filed |
| 30. | LTD Financial Services | Unsecured | | No Claim Filed |
| 31. | Bank Of America | Unsecured | | No Claim Filed |
| 32. | Costco Insurance Agency | Unsecured | | No Claim Filed |
| 33. | Home Depot | Unsecured | | No Claim Filed |
| 34. | Home Depot | Unsecured | | No Claim Filed |
| 35. | GC Services | Unsecured | | No Claim Filed |
| 36. | HSBC | Unsecured | | No Claim Filed |
| 37. | Zwicker & Associates,P.C. | Unsecured | | No Claim Filed |
| 38. | Phillips & Cohen Associates. Ltd. | Unsecured | | No Claim Filed |
| 39. | NES National Enterprises Systems | Unsecured | | No Claim Filed |
| 40. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 41. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 42. | Advocate Illinois Masonic | Unsecured | | No Claim Filed |
| 43. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 44. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 45. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 37,892.81 | $ 7,238.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 189.05 |
| 6.5% | 227.56 |
| 6.6% | 46.20 |
| | $ 462.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

